UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANK OF AMERICA, NA,

    Appellant,

v.                                            Case No: 8:13-cv-2558-T-23

EDELMIRO TOLEDO-CARDONA,

    Appellee.

_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

    Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track **ONE** Case. Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track.

                                                                  SHERYL L. LOESCH, CLERK

October 25, 2013                                     By:    <u>Terese Dear</u>
                                                                             Courtroom Deputy Clerk